IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE INSURANCE CO., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO.  02-3740 |
| DENNIS GLYNN and | : | |
| EDWARD KAISER | : | |
| Defendants. | : | |

### ORDER

AND NOW, this     day of September, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on <u>October 15, 2002</u> at <u>9:30 a.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
James T. Giles,  C.J.

copies by FAX to
on