IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE INSURANCE CO., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO.  02-3740 |
| DENNIS GLYNN and | : | |
| EDWARD KAISER | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is hereby ORDERED that the pre-trial conference scheduled for October 15, 2002 at 9:30 a.m. in the above-captioned matter is RESCHEDULED for <u>October 15, 2002</u> at <u>4:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
James T. Giles,  C.J.

copies by FAX to
on