```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NATIONWIDE INSURANCE CO.,      :    CIVIL ACTION
                               :
    v.                         :
                               :
DENNIS GLYNN AND               :    NO. 02-3740
EDWARD KAISER                  :

## ORDER

    AND NOW, this ___ day of October 2002, it is hereby ORDERED that:

    1.  All dispositive motions in the above-captioned matter shall be filed no later than <u>January 16, 2003</u>.

    2.  All responses to dispositive motions shall be filed no later than <u>fourteen (14) days</u> after receipt of the motion.  The Court will not permit replies to be filed.

                                     BY THE COURT:


                                     _____
                                     JAMES T. GILES      C.J.


copies by FAX on

to