IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE INSURANCE CO., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DENNIS GLYNN AND | : | NO. 02-3740 |
| EDWARD KAISER | : | |
| | : | |

**JUDGMENT ORDER**

AND NOW, this ___ day of May, 2003, upon consideration of Nationwide's Motion for Summary Judgment, Glynn's Cross-Motion for Partial Summary Judgment on the issue of Nationwide's duty to provide a defense, and Kaiser's Cross-Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56. , it is hereby ORDERED as follows:

1. Nationwide's Motion for Summary Judgment is DENIED.

2. Glynn's Cross-Motion for Partial Summary Judgment is GRANTED.

3. Kaiser's Cross-Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED, that Nationwide Insurance Company has a duty to defend Dennis Glynn in connection with the lawsuit filed by Edward Kaiser in the Court of Common Pleas, Philadelphia County, No. 2113.

IT IS FURTHER ORDERED, that JUDGMENT shall be entered in favor of Dennis Glynn and Edward Kaiser and against Nationwide Insurance Company and the Clerk of the Court is directed to mark this case CLOSED.

BY THE COURT:

copies by FAX on
to

_____
JAMES T. GILES   C.J.