**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
NATIONWIDE INSURANCE COMPANY       :    CIVIL ACTION
                                   :    JURY TRIAL DEMANDED
        v.                         :
                                   :
DENNIS GLYNN                       :
                                   :
        and                        :
                                   :
EDWARD KAISER                      :    NO. 02-CV-3740
```

**NOTICE OF APPEAL**

Notice is hereby given that Nationwide Insurance Company, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment Order of this Court that denied Nationwide's Motion for Summary Judgment and granted the Cross-Motions for summary judgment of defendants, Dennis Glynn and Edward Kaiser, entered in this action on the 15th day of May, 2003.

                                            **YOST & TRETTA**

                                    BY:_____
                                       Richard W. Yost
                                       Phillip J. Meyer
                                       Attorneys for Plaintiff,
                                       Nationwide Insurance Company

                                       Two Penn Center Plaza
                                       Suite 610
                                       1500 John F. Kennedy Boulevard
                                       Philadelphia, PA  19102
                                       (215) 972-6600