IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NATIONWIDE INSURANCE COMPANY**

**02-3740**
District Court Docket Number

vs.

**DENNIS GLYNN**
**EDWARD KAISER**

Notice of Appeal Filed **6/4/03**
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __**X**__ Paid __ Not Paid   __ Seaman
    Docket Fee         __**X**__ Paid __ Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
**Frank Del Campo**
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm